UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

07 MAY -2 PM 3: 41

| | | |
|---|---|---|
| Target Technology Company, LLC | ) | Civil No. |
| | ) | |
| Plaintiff, | ) | LAURA A. ... CLERK |
| | ) | |
| v. | ) | |
| | ) | |
| Sony DADC US Inc. | ) | 3 07 -CV- 0561 -JDT -JMS |
| | ) | **COMPLAINT FOR** |
| Sony Computer Entertainment America, Inc. | ) | **PATENT INFRINGEMENT** |
| | ) | |
| Sony Pictures Entertainment, Inc. | ) | |
| | ) | **DEMAND FOR JURY TRIAL** |
| Defendants. | ) | |

Plaintiff, Target Technology Company, LLC, by its attorneys Woodard,

Emhardt, Moriarty, McNett & Henry LLP for its complaint states:

## The Nature of the Action

1.     This is an action in law and equity for patent infringement arising out of

Defendants' infringement of Plaintiff's U.S. Patent No. 7,018,696 (hereinafter the

'696 patent) a copy which is attached as Exhibit A in violation of the patent laws of

the United States, 35 U.S.C. §§ 271 and 281-285.

## Jurisdiction and Venue

2.     The Court has jurisdiction over the subject matter of this action based on 28

U.S.C. §1338.

3.     Personal jurisdiction is based upon Fed.R.Civ.P. 4(e) and 4(k)(1)(A).

4.     Venue is proper in this district pursuant to 28 U.S.C. §§1391 and 1400(b).

## The Parties

5.     Plaintiff, Target Technology Company, LLC (hereinafter "Target Technology") is a limited liability corporation organized under the laws of Delaware and has a principal place of business at 564 Wald, Irvine Ca 92618.

6.     On information and belief, Defendant Sony DADC US Inc. (hereinafter "Sony DADC") is a corporation organized under the laws of Delaware and has a principal place of business in this judicial district at 1800 North Fruitridge Avenue, Terre Haute, Indiana 47804, and the products alleged to infringe the '696 patent are manufactured there in this judicial district.

7.     On information and belief, Defendant Sony Computer Entertainment America, Inc. (hereinafter "Sony Computer") is a corporation organized under the laws of Delaware and has a principal place of business at 919 East Hillsdale Boulevard, Forest City, CA 94404, and Sony Computer does business on a regular basis in this judicial district.

8.     On information and belief, Defendant Sony Pictures Entertainment, Inc. (hereinafter "Sony Pictures") is a corporation organized under the laws of Delaware and has a principal place of business at 10202 West Washington Boulevard, Culver City, CA 90232; and Sony Pictures does business on a regular basis in this judicial district.

## Count One

9.     Plaintiff Target Technology adopts by reference paragraphs 1-8.

10.    On information and belief Sony DADC has committed acts of infringement of the '696 patent that subject it to personal jurisdiction in this judicial district. On

2

information and belief Sony DADC intentionally manufactures products offered under the mark Blu-ray Disc™ in this judicial district that infringe the '696 patent.

11. Target Technology is the owner of the '696 patent and has been so since it duly and legally issued on March 28, 2006.

12. Defendant Sony DADC has been and is continuing to infringe the '696 patent by making, selling, and using products that are offered under the mark Blu-ray Disc™ which embody the patented invention, and will continue to do so unless enjoined by this Court.

13. On information and belief, Sony DADC has infringed the '696 patent with knowledge of it since it was first published and at least as early as its date of issuance.

14. Plaintiff Target Technology has complied with the applicable provisions of 35 U.S.C. §287.

15. Sony DADC is willfully infringing the '696 patent.

<div align="center">Count Two</div>

16. Plaintiff Target Technology adopts by reference paragraphs 1-8.

17. On information and belief Sony Computer has committed acts of infringement of U.S. Patent No. 7,018,696 that subject it to personal jurisdiction in this judicial district. On information and belief, Sony Computer has intentionally sold and/or induced the use of its product offered under the mark Blu-ray Disc™ to customers in the United States including customers in the Southern District of Indiana.

18. Target Technology is the owner of the '696 patent and has been so since it duly and legally issued on March 28, 2006.

<div align="center">3</div>

19.    Defendant Sony Computer has been and is continuing to infringe the '696 patent by making, selling, and using products that are offered under the mark Blu-ray Disc™ which embody the patented invention, and will continue to do so unless enjoined by this Court.

20.    On information and belief, Sony Computer has infringed the '696 patent with knowledge of it since it was first published and at least as early as its date of issuance.

21.    Plaintiff Target Technology has complied with the applicable provisions of 35 U.S.C. §287.

22.    Sony Computer is willfully infringing the '696 patent.

### Count Three

23.    Plaintiff Target Technology adopts by reference paragraphs 1-8.

24.    On information and belief Sony Pictures has committed acts of infringement of U.S. Patent No. 7,018,696 that subject it to personal jurisdiction in this judicial district. On information and belief, Sony Pictures has intentionally sold and/or induced the use of its product offered under the mark Blu-ray Disc™ to customers in the United States including customers in the Southern District of Indiana.

25.    Target Technology is the owner of the '696 patent and has been so since it duly and legally issued on March 28, 2006.

26.    Defendant Sony Pictures has been and is continuing to infringe the '696 patent by making, selling, and using products that are offered under the mark Blu-ray Disc™ which embody the patented invention, and will continue to do so unless enjoined by this Court.

4

27.    On information and belief, Sony Pictures has infringed the '696 patent with knowledge of it since it was first published and at least as early as its date of issuance.

28.    Plaintiff Target Technology has complied with the applicable provisions of 35 U.S.C. §287.

29.    Sony Pictures is willfully infringing the '696 patent.

WHEREFORE, Target Technology Company LLC prays:

A.    For judgment that the '696 patent is valid and enforceable and that the '696 patent has been and is being infringed by Defendants under 35 U.S.C. §271;

B.    For an injunction permanently restraining and enjoining further infringement of the '696 patent by the Defendants, their officers, employees, successors, and assigns, and all persons or entities acting on their behalf, or in privity with them, or acting in concert with them;

C.    For an award of damages under 35 U.S.C. §284 adequate to compensate Target Technology for the infringement of the '696 patent by the Defendants, together with pre-judgment and post-judgment interest;

D.    for judgment that the Defendants' infringement of the '696 patent has been deliberate and willful and for trebling of the damages found or assessed as a result of the Defendants' infringement of the '696 patent;

E.    For judgment that this is an exceptional case under 35 U.S.C. §285 and an award of Target Technology's reasonable attorney's fees;

F.    For an award of Target Technology's costs and expenses incurred in this civil action; and

5

G.    For such other and further relief as the nature of the case may require and as this Court may deem just and proper.

## Jury Demand

Plaintiff Target Technology Company, LLC hereby demands a jury trial on all issues triable to a jury.

May 2, 2007

<div style="margin-left:40%">

WOODARD, EMHARDT, MORIARTY,
MCNETT & HENRY LLP


By: _____
    Spiro Bereveskos, Esq.
    Kurt N. Jones, Esq.
    111 Monument Circle, STE 3700
    Indianapolis, IN 46204-5137
    (317) 634-3456

</div>